UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-31574 |
| Marilyn E Charles | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, with due notice having been given,

IT IS HEREBY ORDERED:

1. The Debtor's plan is modified post-confirmation to list under section 3.5 of the plan that the collateral being surrendered to OneMain Financial is a 2002 Mercury Grand Marquis.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: May 23, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600