# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: § § § § <br> MARILYN E CHARLES <br> DEBTOR | CASE NO. 18-31574 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2021-1 C/O Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**6200 S. Quebec St.**
**Greenwood Village, Colorado 80111**

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx5987**

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, Colorado 80111

Phone:
Last Four Digits of Acct #: **xxxxxx5987**

Court Claim # (if known): 14-1
Amount of Claim: $216,516.57
Date Claim Filed: 01/08/2019

Phone: (800) 315-4757
Last Four Digits of Acct.#: 5987__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Matthew Tillma                                    Date:              06/30/2021
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 30, 2021 via electronic notice unless otherwise stated:

**Debtor**   *Via U.S. Mail*
Marilyn E Charles
3125 W Jarlath St.
Chicago, IL 60645

**Debtors' Attorney**
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

**Chapter 13 Trustee**
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

Respectfully Submitted,

/s/ Matthew Tillma
Matthew Tillma